```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH NORTH AMERICA, INC., as subrogor of UniSea, Inc., and UNISEA, INC.

                Plaintiffs,

                -against-

MAERSK A/S, in personam, and M/V JOHANNES MAERSK, her engines, tackle, etc., in rem,

                Defendants.

1:21-cv-2327-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff initiated this action by filing a complaint on March 17, 2021. [ECF No. 1]. On May 4, 2021, Plaintiff filed a waiver of the service of summons from Defendant, Maersk A/S. [ECF No. 7]. By the terms of that waiver, Defendant had until July 6, 2021 to answer the Complaint. On June 30, 2021, the parties requested and the Court granted an extension of Defendant's deadline to answer to August 2, 2021 to allow the parties to discuss an amicable resolution of the claim. [ECF No. 9]. On July 14, 2021, the parties requested and the Court granted a second extension of Defendant's deadline to answer to September 15, 2021 to allow the parties to discuss an amicable resolution of the claim. [ECF No. 11]. On September 10, 2021, the parties requested and the Court granted a third extension of Defendant's deadline to answer to November 15, 2021 to allow the parties to discuss an amicable resolution of the claim. [ECF No. 13]. The parties advised the Court that this would be the last request for an extension. As of today, Defendants have not answered or otherwise responded to the Complaint, and Plaintiff has not prosecuted this case to date.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by December 16, 2021. Plaintiff is directed to follow the procedures applicable to

default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by December 16, 2021 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: November 16, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**